No. 99–9424. BUTLER v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 99–9426. BUSTAMONTE v. LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9432. GREEN v. PRICE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9436. MCCOWN v. MACK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9438. TEAGUE v. UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–9441. BRANDON v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–9454. HECHT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–9459. HULSE ET AL. v. HALL, SHERIFF, BOTTINEAU COUNTY, NORTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 99–9469. CASEY v. BRAXTON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 99–9479. BROOKS v. RIDDLE ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9510. RIDDICK v. BOGUS ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–9515. ORTIZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9546. KEITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9548. COPLEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.